# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

SCOTT E. SPATES

v.

(Full name of defendant(s))

AMIMO TERRY, RN.

~~JEAN KAL~~

JEAN KLABUNDE, RN

Case Number:

(to be supplied by Clerk of Court)

A.  PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

P.O. Box 900 Portage, WI 53901-0900
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Amimo Terry
(Name)
is (if a person or private corporation) a citizen of Wisconsin

Complaint – 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Defendant    Jean Klabunde

citizen of      Wisconsin

resides at      Wisconsin

Worked for    Columbia Corr. Inst. P.O. Box 950
              Portage, WI.

and (if a person) resides at ___Wisconsin___ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Columbia Corr. Inst. P.O. Box 950 Portage WI.___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Scott E. Spates at Columbia Corr. Inst. in Portage Wisconsin. Mr. Spates was suffering veary bad stomach pain. For the last twenty-something days mr. Spates has not been eating, mr. Spates has also been vomiting with no food in him and bad diarrhea. Mr. Spates urine was thick and blackish.

July 03, 2020, early friday morning, the pain in mr. Spates stomach was unbearable. Mr. Spates know he would be going to Health Service Unit (HSU) within the next ten minutes

for Blood-Pressure test. Mr. Spates urinened in a bottle to take to HSU with him.

RN. Amimo Terry was attending to mr. Spates. Mr. Spates explain the last twenty-Something days of the not eating, vomiting, diarrhea, thick blackish urine and the unpleasant, anguishing, suffering pain he is having at that moment. RN. Terry said the bottle of urine could not be tested, mr. Spates was given a urine test cup and told to get it back to HSU as soon as he can.

Same day, an hour latter urine cup filled. Nurse Klabunde picked up the urine cup however did not tell any HSU staff and left it on the sink. The urine was never tested, RN. Terry also did not inform HSU staff or look for it herself.

July 06, 2020, monday morning mr. Spates know he was going to HSU for Blood-Pressure test, mr. Spates urined in a bottle agean and tuck it to HSU for help.

# Statement of Claim

RN. Block attending to mr. Spates, as soon as mr. Spates showed the urinen to RN. Block, She immediately went and got Dr. Ribault. The Urinen was tested right then, this urinen look the same as the two not tested last friday, July 03, 2020. The urinen test numbers was so high, an emergency Blood Test was done and sent out emergency!

    Mr. Spates call back to HSU to go to the Hospital Emergency Room. Hospital did a test on mr. Spates Stomach and mr. Spates needs emergency Surgery. Mr. Spates moved by Ambwance from Hospital in Portage to UW Hospital in Madison for two Surgerys.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

$1,000,000.00 The WDOC only understands money!

Complaint – 4

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __09__ day of __September__ 20 __20__.

Respectfully Submitted,

X_Scott E. Fath_____
Signature of Plaintiff

_157638_____
Plaintiff's Prisoner ID Number

_2925 Columbia Drive, P.O.Box 900_
_Portage, WI. 53901-0900_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint. Requesting Court Order.

Complaint – 5